AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Brandy Charlene Porter, ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action: 9:24-cv-07358-SAL |
| ) | |
| Commissioner of Social Security Administration ) | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: Decision of the Commissioner is Reversed and the case is Remanded to the Commissioner under Sentence Four 42 U.S.C. §405(g) for further administrative proceedings.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Sherri A, Lydon, United States District Judge.

Date:    February 3, 2026                                            *CLERK OF COURT*

                                                                      S/ Trudy Alston-Simmons

                                                                      *Signature of Clerk or Deputy Clerk*